# VIOLATION NOTICE

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | |
| R 322 0237 | Furedi | F7129 | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Type of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 13 July 06  1428 | Title 11 Sec 840 |

Place of Offense: Bldg 266 DAFB Exchange

Offense Description: Shoplifting Class A misdemeanor Title 11 Sec 840

## DEFENDANT INFORMATION

Phone: (302)

| Last Name | First Name | M.I. |
|---|---|---|
| George | Lynda | D |

Street Address: [REDACTED]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Camden | DE | 19934 | [REDACTED] |

Drivers License No: NONE     DL State: N/A     Social Security No: [REDACTED]

☐ Adult ☐ Juvenile    Sex: ☐ Male ☒ Female   Hair: BN   Eyes: BL   Height: 5'5"   Weight: 153

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

VIN:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King Street, Wilmington DE 19801

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed] L. George

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Jul, 2006 while exercising my duties as a law enforcement officer in the Kent District of Delaware

at approximately 1530 I witnessed video footage provided to me by Det. Paul Burgess at the Dover Air Force Base main exchange. The video contained footage of the defendant Lynda D George taking two necklaces off of two different pieces of clothing that were on the clothing racks. The defendant then proceeded to place the items into her right front pocket.

The foregoing statement is based upon
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07 13 2006    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on: _____ Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVR Scan 9/18/2006 11:48:02

**REDACTED**